Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
Telephone: (916) 443-7141

Attorney for Defendant
STEVEN EDWARD CENICEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:04-MJ-00153 PAN |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION TO CONTINUE** |
| ) | **DATE FOR SELF SURRENDER; ORDER** |
| v. ) | |
| ) | |
| ) | Date: N/A |
| STEVEN EDWARD CENICEROS, ) | Time: N/A |
| ) | Judge: Peter A. Nowinski |
| Defendant. ) | |
| ) | |
| _____ | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, THOMAS E. FLYNN, Assistant United States Attorney, attorney for Plaintiff, and the counsel for the defendant, TIMOTHY E. WARRINER, that the date for the defendant's self surrender shall be continued to June 3, 2005.

**IT IS FURTHER STIPULATED** that case number 2:05-MJ-150, alleging a failure to surrender for service of sentence, shall be dismissed upon the defendant's surrender, and that the warrant issued shall be held in abeyance until the defendant's surrender, at which point it shall be recalled.

\\\

All other orders of the court shall remain in full force and effect.

Dated: May 31, 2005                      Respectfully submitted,


/s/ Tim Warriner
TIMOTHY E. WARRINER
Attorney at Law
Attorney for Defendant


McGREGOR SCOTT
UNITED STATES ATTORNEY


DATED: May 31, 2005           /s/ Thomas Flynn
THOMAS E. FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, **IT IS SO ORDERED**. The court's previous order of self surrender is hereby modified for the new date of self surrender to **June 3, 2005 at 2:00 p.m.** If the defendant has not self surrendered to a prison designated by the Bureau of Prisons by 2:00 p.m. on Friday, June 3, 2005, he is to surrender to the custody of the United States Marshals in Sacramento, California.

IT IS FURTHER ORDERED that case 2:05-MJ-150 be dismissed upon the defendant's surrender, and that the warrant therein is held in abeyance until the defendant surrenders on June 3, 2005. All previous orders of this court as to the defendant's sentence shall remain in full force and effect.

DATED: June 1, 2005.          /s/ Peter A. Nowinski
HON. PETER A. NOWINSKI
United States Magistrate Judge

2